# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

WILLIAM A. LUCAS, JR.
      Plaintiff,


    v.                                    C.A. No. 18-530-JJM-PAS

STATE OF RHODE ISLAND DEPARTMENT C.O. COLASONTE, et al.
      Defendants.

### **ORDER OF DISMISSAL**

On September 27, 2018, the Court entered an order directing the plaintiff to file a certified copy of his inmate account statement within 30 days of the issued order.  Plaintiff having failed to comply, it is hereby ordered that the above-captioned case be dismissed without prejudice.


    It is so ordered.



November 1, 2018                    By the Court:

                                      /s/John J. McConnell, Jr.

                                      U.S. District Judge